*Bryan, Jordan & Middlebrooks, W. R. Tichenor,* for defendant.

---

7990. AMERICAN LIFE &c. INSURANCE CO. *v.* QUARTERMAN.

BROYLES, P. J. Since the adoption of the constitutional amendment of 1916 as to the jurisdiction of the Court of Appeals, a direct bill of exceptions thereto from a municipal court established under the amendment of 1912 (Acts 1912, p. 30) will not lie. This ruling applies to all cases pending in this court on writs of error from such municipal courts, irrespective of the time when the writ of error was sued out. *Griffin* v. *Sisson,* 146 *Ga.* 661 (92 S. E. 278). This court, therefore, being without jurisdiction to hear and determine this case, the writ of error is           *Dismissed. Jenkins and Bloodworth, JJ., concur.*
> DECIDED MAY 3, 1917.

Complaint; from municipal court of Atlanta. November 20, 1916.

*Foster & Stockbridge,* for plaintiff in error.

*T. J. Ripley, W. M. Bailey,* contra.

---

7732. BANKERS HEALTH & LIFE INSURANCE CO. *v.* DUNCAN.

JENKINS, J. Under the ruling in *American Life &c. Insurance Co.* v. *Quarterman,* ante, 798, the Court of Appeals is without jurisdiction to hear and determine this case, and the writ of error must be
> *Dismissed. Broyles, P. J., and Bloodworth, J., concur.*
> DECIDED MAY 3, 1917.

Complaint; from municipal court of Atlanta. July 13, 1916.

*A. M. Brand,* for plaintiff in error.

*E. C. Buchanan, Hewlett, Dennis & Whitman,* contra.